Dismissed and Memorandum Opinion filed January 5, 2006









Dismissed and Memorandum Opinion filed January 5,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01182-CV

____________

 

CHRISTUS ST. JOHN HOSPITAL, KATHERINE SHEFFIELD, M.D., 

KEVIN RITTGER, M.D. AND EILENE
HUAG, Appellants

 

V.

 

HAROLD DEAN WILLES, INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF CHARLES ALBERT WILLES, JR., Appellee

 



 

On Appeal from
County Court at Law No. 3 and Probate Court

 Brazoria County, Texas

Trial Court Cause No. PR026062-B

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 31, 2005.

On December 15, 2005, the parties filed a motion to dismiss
the appeal in order to effectuate an agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 5, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.